EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2024 TSPR 86 |
| Designación de los Miembros de la Comisión de Evaluación Judicial | 214 DPR ___ |

Número del Caso: EN-2024-0002

Fecha: 9 de agosto de 2024

Materia: Designación de los Miembros de la Comisión de Evaluación Judicial.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| In re:<br><br><br>Designación de los Miembros de la Comisión de Evaluación Judicial | EN-2024-2 | |

RESOLUCIÓN

En San Juan, Puerto Rico, a 9 de agosto de 2024.

La Regla 4(A) del *Reglamento para la evaluación de Jueces y Juezas del Tribunal de Primera Instancia*, 4 LPRA Ap. XXXVII (Reglamento), dispone que la Comisión de Evaluación Judicial (Comisión) estará compuesta por un presidente o una presidenta y diez (10) miembros nombrados por el Pleno del Tribunal Supremo. Al amparo de esta disposición, designamos a las personas siguientes como miembros de la Comisión, en los cargos que se indican a continuación:

Hon. Maite D. Oronoz Rodríguez, Presidenta
Lcdo. Tomás Román Santos
Dra. Glenda Labadie Jackson
Lcda. Yvonne Feliciano Acevedo
Lcdo. Luis Rosario Villanueva
Lcdo. Carlos Santiago Tavárez
Lcdo. Néstor S. Aponte Hernández
Lcdo. Jorge Lucas Escribano Medina
Lcda. Arytza Martínez Rivera
Lcdo. Roberto Rodríguez Poventud
Dra. Iris N. López Sánchez

Estos nombramientos entrarán en vigor inmediatamente. Además, conforme a la Regla 4(B) y (C) del Reglamento, los miembros de la Comisión ocuparán sus cargos por el termino de tres (3) años o hasta que sus sucesores o sucesoras sean nombrados y tomen posesión del cargo.

Por último, se reconoce el compromiso y la dedicación de los miembros de la Comisión actual en la

labor que brindaron durante el término vencido. De igual forma, se agradece la disposición para continuar sirviendo al Pueblo de Puerto Rico en la capacitación de los jueces y las juezas del Tribunal de Primera Instancia. Su aportación es indispensable para el continuo mejoramiento de las tareas que se realizan en el Poder Judicial.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez y los Jueces Asociados señores Estrella Martínez y Colón Pérez no intervinieron.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo